IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MUNICIPAL REVENUE SERVICE, INC.  )  Docket No. 1:13-cv-00151-MBC
and CHARLES L. HERRON,         )
                          )  (Assigned to: Judge Maurice B. Cohill)
      Plaintiffs       )
                          )
    v.                )
                          )
HOUSTON CASUALTY COMPANY, a  )
foreign corporation,          )
                          )
      Defendant      )

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)**

The Parties, through their undersigned counsel, hereby stipulate that the above-caption

action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &      GROGAN GRAFFAM, P.C.
SENNETT, P.C.

BY: */s/ Richard A. Lanzillo*          BY: */s/Bethann R. Lloyd*
     Richard A. Lanzillo, Esq.           Bethann R. Lloyd, Esq.
     120 West Tenth Street            Holly M. Whalen, Esq.
     Erie, PA 16501               Four Gateway Center, 12th Floor
     Telephone (814) 459-2800         Pittsburgh, PA 15222
     Facsimile (814) 453-4530         Telephone: (412) 553-6300
     Email rlanzillo@kmgslaw.com     Fax: (412) 553-6714
                                Email: blloyd@grogangraffam.com

     Attorneys for Plaintiffs,
     Municipal Revenue Service, Inc.      Attorneys for Defendant,
     and Charles L. Herron            Houston Casualty Company

# 1510053.v1

AND NOW, this 19th

day of August, 2014,

IT IS SO ORDERED.

*Maurice B. Cohill, Jr.*

DISTRICT JUDGE